## UNITED STATES DISTRICT COURT
## IN THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **HOLLY POTTS and** | ) | |
| **JOSEPH G. TROWERY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **No. 3:11-cv-01180 (lead case) &** |
| | ) | **No. 3:11-1182** |
| **v.** | ) | **Judge Haynes** |
| | ) | |
| **DOLLAR TREE STORES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of the claims asserted by and on behalf of Plaintiff Holly Potts *with prejudice*. Each party shall bear its own costs. Ms. Potts is the only remaining Plaintiff in this lawsuit, and thus, all claims against the Defendant asserted by all parties have now been dismissed *with prejudice*.

**AGREED AND CONSENTED TO** this 26th day of April, 2013.


s/Jordan M. Sluder, by permission K. Scarbrough
_____

*Attorneys for Plaintiffs Joseph Trowery and Holly Potts*

Stephen W. Grace BPR # 14867
Jordan M. Sluder, BPR #30916
Grace and Rudy, Attorneys at Law
1019 16th Avenue South
Nashville, TN  37212
615/ 255-5225
615/ 255-5895 (facsimile)

J. Stephen Mills, BPR #19835
PO Box 281077
Nashville, TN 37228
615/ 366-0690
615/ 694-5030 (facsimile)


s/Katherine Scarbrough
_____

*Attorneys for Defendant*

William A. Blue, Jr. BPR # 10378
Katherine Scarbrough BPR #24738
Constangy, Brooks & Smith, LLP
401 Commerce Street, Suite 700
Nashville, TN 37219
615/ 320-5200
615/ 321-5891 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2013, a copy of the foregoing document has been served via the Court's CM/ECF system and/or U.S. Mail to the following counsel of record:

J. Stephen Mills, Esq.  Stephen W. Grace, Esq.
PO Box 281077    Jordan M. Sluder, Esq.
Nashville, TN 37228   Grace and Rudy, Attorneys at Law
         1019 16th Avenue South
         Nashville, TN  37212

_s/Katherine Scarbrough_