IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| HOLLY POTTS, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | Case No. 3:11-1180 & |
| | ) | Case No. 3:11-1182 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| DOLLAR TREE STORES, INC., | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the parties' joint stipulation of dismissal. (Docket Entry No. 48). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. Each party to pay its own costs, attorney's fees, and expenses.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 29th day of April, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court